

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00296-CR

**WILLIAM MCKINLEY HAMMOND,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 10-02887-CRF-272**

## ABATEMENT ORDER

Appellant's brief was originally due on or before January 9, 2013. Appellant's counsel requested an extension of time to prepare and file appellant's brief, and the Court granted an extension until February 25, 2013. Subsequently, Appellant's counsel requested a *second* extension of time to prepare and file appellant's brief, and the Court granted an extension until April 1, 2013. The Court's letter order stated, "Any further motions requesting an extension of time to file a brief will be disfavored and will rarely be granted." Appellant's counsel then requested a *third* extension of time to prepare

and file appellant's brief, and the Court granted an extension until May 1, 2013. The Court's letter order stated, "**Absent extraordinary circumstances, no further motions for extension of time to file the appellant's brief will be entertained.**"

Having failed to receive a brief or a motion for extension of time, the Court provided notice in a letter dated May 10, 2013, that unless a brief or satisfactory response was received within 14 days, the Court must abate the appeal and order the trial court to immediately conduct a hearing pursuant to Rule of Appellate Procedure 38.8(b)(2, 3). On May 13, 2013, the Court received from Appellant's counsel a motion for a *fourth* extension of time to prepare and file appellant's brief. Appellant's counsel gave no reason explaining the need for another extension. *See* TEX. R. APP. P. 10.5(b)(1). And granting the requested extension would have given appellant's counsel 145 days to accomplish that which the Rules allocate only 30 days. *See* TEX. R. APP. P. 38.6.

In a letter dated May 15, 2013, Appellant's motion for a fourth extension of time to file brief was thus denied, and appellant's brief was ordered to be filed within 14 days from the date of the order. Appellant was warned that failure of the Court to timely receive appellant's brief would result in the Court abating the appeal and ordering the trial court to immediately conduct a hearing under Rules of Appellate Procedure 38.8(b)(2) & (3). Appellant's brief has not been filed.

Because Appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this order in accordance with Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this Order.  *See id.*

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Cause abated
Order issued and filed June 13, 2013
Do not publish